|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 | IN THE UNITED STATES DISTRICT COURT |   |
| 9 | FOR THE EASTERN DISTRICT OF CALIFORNIA |   |
| 10 |   |   |
| 11 | WILLIE SHEFFILED, | No. CIV S-07-1058-GEB-CMK-P |
| 12 |     Plaintiff, |   |
| 13 |   vs. | ORDER |
| 14 | D.K. SISTO, et al., |   |
| 15 |     Defendants. |   |
| 16 | _____/ |   |

17    Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42
18 U.S.C. § 1983. It appears that plaintiff is a state prisoner currently confined in Los Angeles. If
19 plaintiff is no longer in custody, he should so advise the court. Otherwise, the court will proceed
20 on the assumption that plaintiff is a state prisoner.
21    While plaintiff has filed an application for leave to proceed in forma pauperis,
22 that document is not signed. In addition, plaintiff has not submitted a certified copy of his prison
23 trust account statement for the six-month period immediately preceding the filing of the
24 complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit
25 either a completed application to proceed in forma pauperis or the appropriate filing fee.
26 ///

1

Dockets.Justia.com

The court has also examined plaintiff's complaint and notes that it is not signed. The complaint will, therefore, be dismissed with leave to amend. In the amended complaint, plaintiff must demonstrate how the conditions complained of have resulted in a deprivation of plaintiff's constitutional rights. See Ellis v. Cassidy, 625 F.2d 227 (9th Cir. 1980). The complaint must allege in specific terms how each named defendant is involved, and must set forth some affirmative link or connection between each defendant's actions and the claimed deprivation. See May v. Enomoto, 633 F.2d 164, 167 (9th Cir. 1980); Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978). Finally, plaintiff is warned that failure to comply with this order may be grounds for dismissal of this action. See Ferdik, 963 F.2d at 1260-61; see also Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the appropriate filing fee;

2. Plaintiff's complaint is dismissed with leave to amend;

3. Plaintiff shall file a first amended complaint within 30 days of the date of this order; and

4. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner and a new form prisoner civil rights complaint.

DATED: June 8, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE